OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

PRESORTED
FIRST CLASS

02 1R $ 00.26⁵
0006557458 MAR 25 2015
MAILED FROM ZIP CODE 78711

3/23/2015

OCHOA, ADRIAN          Tr. Ct. No. W13-25142-T(A)          WR-82,879-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

UTF

Paroled

ADRIAN OCHOA
GOREE UNIT - TDC # 1916532

U TF